UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL CONSUMER LAW CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-12253-MLW |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

## <u>NOTICE OF SETTLEMENT</u>

The parties in the above-captioned action report that they have conferred and executed a

settlement agreement to resolve this case.  The parties request that this Court dismiss this action

without costs and without prejudice to the right of any party upon good cause shown within

ninety (90) days to reopen the action if settlement is not consummated.

Respectfully submitted,

NATIONAL CONSUMER LAW CENTER

By its attorney,

*/s/ Stuart T. Rossman*
Stuart T. Rossman (B.B.O. No 430640)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org


ANDREW SAUL
Commissioner of the
Social Security Administration

By his attorney

*/s/ Eve A. Piemonte*
Eve A. Piemonte
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3369
Eve.Piemonte@usdoj.gov

Dated: January 21, 2022

## CERTIFICATE OF SERVICE

I, Stuart T. Rossman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stuart T. Rossman*
Stuart T. Rossman (B.B.O. 430640)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org

Dated: January 21, 2022